UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
FILED
SEP 21 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 06-150-JMH

DAVID WAYNE HURST

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 18 U.S.C. § 2423(b)

On or about April 30, 2005,

**DAVID WAYNE HURST**

did knowingly travel in interstate commerce from the State of Tennessee to Mercer County, and elsewhere, in the Eastern District of Kentucky, for the purpose of engaging in an unlawful sexual act, as defined in 18 U.S.C. § 2246, with a fourteen-year-old minor female, all in violation of 18 U.S.C. § 2423(b).

## COUNT 2
## 18 U.S.C. § 2422(b)

In or about January 2005, and continuing through in or about April 2005, the exact dates unknown,

**DAVID WAYNE HURST**

did knowingly use a facility and means of interstate commerce, that is, a computer, to

attempt to persuade, induce, entice, and coerce an individual in Mercer County, in the Eastern District of Kentucky, who had not attained the age of eighteen years, that is, a fourteen-year-old minor female, to engage in sexual activity for which he could be charged with a criminal offense, that is, a violation of KRS 510.060, which makes it a crime for an individual twenty-one years old or more to engage in sexual intercourse with another person less than sixteen years old, all in violation of 18 U.S.C. § 2422(b).

A TRUE BILL

_____
FOREPERSON

_____
AMUL R. THAPAR
UNITED STATES ATTORNEY

2