UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. 3:12-00030 |
| | ) | JUDGE KEVIN H. SHARP |
| DAVID WAYNE HURST | ) | |

## **O R D E R**

The Defendant, David Wayne Hurst, shall appear before the Court on **Friday, June 27, 2014, at 1:30 p.m.** to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE