UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:12-cr-00030 |
| v. | ) | |
| | ) | CHIEF JUDGE SHARP |
| DAVID WAYNE HURST | ) | |


## MOTION TO DISMISS PETITION

Comes now the United States, by and through Lynne T. Ingram, Assistant United States Attorney, and respectfully moves to dismiss the petition against defendant.

Pending before the Court is a Petition (DE 8) alleging violation of defendant's conditions of supervision. On November 22, 2011, the defendant signed a program plan to initiate polygraph examinations as part of his supervised release conditions. The United States has been informed that the defendant passed his most recent polygraph examination and is participating in treatment as directed.

Based on this information, the United States moves to dismiss the petition. The Probation Officer Donna Jackson and defense counsel concur with this motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee


**s/Lynne T. Ingram**
LYNNE T. INGRAM
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served this 20th day of

March, 2015 via the electronic filing system upon counsel for the defendant:

**Caryll S. Alpert**
Federal Public Defender's Office
810 Broadway
Suite 200
Nashville, TN 37203

*<u>s/Lynne T. Ingram.</u>*
LYNNE T. INGRAM
