FID# 4538611
1775-0524-1080-0

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 3:12-00030 Judge Trauger |
| David Wayne Hurst | ) | |
| Columbia, TN | ) | |
| | ) | |
| Defendant | ) | |

*2017 MAY 24 PM 3:16 — U.S. MARSHALS SERVICE MIDDLE TENNESSEE*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David Wayne Hurst,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached Order by Judge Aleta A. Trauger (Docket Entry No. 24).

Date: 05/23/2017

*Ann E. Schwarz* (Issuing officer's signature)

City and state: Nashville, TN

Ann E. Schwarz, Criminal Docketing Supervisor
*Printed name and title*

### Return

This warrant was received on *(date)* 5-24-17, and the person was arrested on *(date)* 5-26-17
at *(city and state)* Columbia, TN.

Date: 5-26-17

*Marty Magnon* (Arresting officer's signature)

Marty Magnon, Senior Inspector
*Printed name and title*