UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00030 |
| v. | ) | |
| | ) | Judge Trauger |
| DAVID WAYNE HURST | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The United States of America, by and through Henry C. Leventis, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Brent A. Hannafan, hereby responds to defendant's Motion for Early Termination of Supervised Release. (DE 49, Motion.) The United States opposes the Motion.

The undersigned communicated with defendant's Probation Officer prior to the Motion being filed and requested the Probation Office's position on the impending request for early termination of supervised release. The Probation Officer advised that was that the Probation Office's policy not to recommend early termination for defendants convicted of sex offenses, such as the defendant. Additionally, while defendant is in worse health than he was when this Court revoked his supervision in 2017 and sentenced him to serve 6 months' imprisonment, that violation involved defendant communicating with minors over Facebook and visiting internet sites that "feature naked children on their sites." (REDACTED Order, DE 42, pageID #: 129.) It does not appear that defendant's current health issues eliminate the risk that he could commit similar violations today. Therefore, the United States respectfully requests this Court deny the Motion.

Respectfully submitted,
HENRY C. LEVENTIS
United States Attorney

s/ *Brent A. Hannafan*
Brent A. Hannafan
Assistant United States Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
Phone:  615-736-5151

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 14, 2023, a true and exact copy of the foregoing document has been filed on the Court's ECF system, which will send a copy to defendant's counsel, Heather Parker.

**s/ *Brent A. Hannafan***
Brent A. Hannafan
Assistant United States Attorney

2

Case 3:12-cr-00030    Document 50    Filed 02/14/23    Page 2 of 2 PageID #: 162